# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ARMANDO J. DOCTOR,
Inmate No. X24893,
    Plaintiff,

vs.   Case No.: 3:15cv273/MCR/EMT

MARSHA NICHOLS,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 19, 2015. (Doc. 11). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

    3.    All pending motions are **DENIED** as moot; and

    4.    The clerk is directed to close this file.

**DONE AND ORDERED** this 17th day of September 2015.

                      *s/ M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **CHIEF UNITED STATES DISTRICT JUDGE**